UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
AMY WESTIN,
:
:
               Plaintiff, :
:
      -against- :
:
NURTURE INC., :
:
              Defendant. :
:
-----------------------------------------------------------X

21-cv-2101 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has come to my attention that this action ("*Westin*") has similar parties and allegations to numerous actions currently pending before Judge Mary Kay Vyskocil. Additionally, a non-party has filed a motion to consolidate *Westin* with those actions pending before Judge Vyskocil. Neither party in *Westin* has filed anything to indicate whether *Westin* is in fact related to the actions before Judge Vyskocil. If the parties believe the actions are related, the parties are directed to file a Related Case Statement pursuant to Local Rule 13(b)(1) by July 13, 2021. If the parties do not believe the actions are related or disagree regarding the question of relatedness, the parties are directed to file a joint letter describing their positions by July 13, 2021. Accordingly, it is hereby:

      ORDERED that by on or before July 13, 2021, the parties file a Related Case Statement or joint letter describing their positions on the question of relatedness.

SO ORDERED.

Dated:  July 7, 2021
         New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge