**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re NURTURE BABY FOOD LITIGATION** | Case No. 1:21-cv-01217-MKV |
| This document relates to: | |
| ALL ACTIONS | |

**SUPPLEMENTAL DECLARATION OF LORI G. FELDMAN IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE DECLARATION OF NEGA BERU SUBMITTED IN SUPPORT OF DEFENDANT NURTURE, LLC'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

**LORI G. FELDMAN** declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.       I am a member of George Gesten McDonald, PLLC and Plaintiffs' Interim Co-Lead Counsel in the above-captioned action.

2.       I submit this declaration in further support of Plaintiffs' Motion to Strike the Declaration of Nega Beru (the "Beru Declaration") submitted by Defendant Nurture, LLC in support of its  Motion to Dismiss the Consolidated Class Action Complaint.  This declaration is made upon personal knowledge, except where otherwise noted.

3.       Attached hereto as Exhibit A is a true and correct copy of an article entitled  "Baby Foods with Toxic Metals Stay on US Market While FDA Dithers," Health Law & Business, dated January 5, 2023.

4.       Attached hereto as Exhibit B is a true and correct copy of an article entitled "FDA's 'Closer to Zero' Plan Fails to Adequately Address Toxic Heavy Metals in Baby Food," Food Safety News, dated September 3, 2022.

1

5.      Attached hereto as Exhibit C is a true and correct copy of an article entitled "Critics Say FDA, Industry Plans to Lower Heavy Metals in Baby Foods Don't Move Fast Enough," News Channel 9 Spotlight on America, dated May 3, 2021.

6.      Attached hereto as Exhibit D is a true and correct copy of an FDA News Release entitled "FDA Announces Action Levels for Lead in Categories of Processed Baby Foods," dated January 24, 2023.

7.      Attached hereto as Exhibit E is a true and correct copy of Draft Guidance, Action Levels for Lead in Food Intended for Babies and Young Children: Draft Guidance for Industry (Contains Nonbinding Recommendations, Draft – Not for Implementation), US. Department of Health and Human Services, Food and Drug Administration, Center for Food Safety and Applied Nutrition, January 2023.

Dated: January 26, 2023
        New York, New York

                                        /s/ Lori G. Feldman
                                        Lori G. Feldman

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 26, 2023, the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>*/s/ Lori G. Feldman*</u>
Lori G. Feldman